**FILED**

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0640

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0640

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY CHINCHOLL,

    Defendant and Appellant.

ORDER

FILED

OCT 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

 ORIGINAL

Pursuant to Appellant Anthony Chincholl's motion for extension to of time to file his response to the *Anders* Brief and Motion to Withdraw as Counsel and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 28, 2022, to file his response to the *Anders* Brief and Motion to Withdraw as Counsel.

DATED this 25th day of October, 2022.

For the Court,

_____
Chief Justice